**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Adrienne Eggleston, Grace Moy, Jesus Percoliza, Patrocinio Afurong, and Sylvia Jagielski<br>v.<br>Hilton Hotels Corp., Chicago Hilton, LLC, and Hotel Statler Company, Inc. | Case Number:<br>FILED: AUGUST 19, 2008<br>08CV4719<br>JUDGE HART<br>MAGISTRATE JUDGE ASHMAN<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Adrienne Eggleston, Grace Moy, Jesus Percoliza, Patrocinio Afurong, and Sylvia Jagielski

| |
|---|
| NAME (Type or print)<br>Uche O. Asonye |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Uche O. Asonye |
| FIRM<br>Asonye & Associates |
| STREET ADDRESS<br>11 South LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6209522 | 312-795-9110 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐