# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Adrienne Eggleston, Grace Moy, Jesus Percoliza, Patrocinio Afurong, and Sylvia Jagielski<br><br>v.<br><br>Hilton Hotels Corp., Chicago Hilton, LLC, and Hotel Statler Company, Inc. | Case Number:<br>`FILED: AUGUST 19, 2008`<br>`      08CV4719`<br>`      JUDGE HART`<br>`      MAGISTRATE JUDGE ASHMAN`<br>`NF` |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Adrienne Eggleston, Grace Moy, Jesus Percoliza, Patrocinio Afurong, and Sylvia Jagielski

---

| NAME (Type or print) |
|---|
| Scott Fanning |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Scott Fanning |

| FIRM |
|---|
| Asonye & Associates |

| STREET ADDRESS |
|---|
| 11 South LaSalle Street, Suite 2140 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292790 | 312-795-9110 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐